# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| JUSTIN D. PAGE, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BUCKINGHAM MANAGEMENT, L.L.C.,<br><br>　　　　Defendant. | Case No. 1:19-cv-04840-JRS-TAB |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT OF COLLECTIVE ACTION AND STAY PROCEEDINGS

This matter comes before the Court on the Parties' Joint Motion to Approve Settlement of Collective Action and Stay Proceedings ("Joint Motion"). The Court has carefully considered the Joint Motion and finds that it is made for good cause. Accordingly, the Court GRANTS the Joint Motion and ORDERS that:

1. The settlement by, between, and among the parties, as set forth and embodied in the settlement agreement filed with the Court contemporaneously with the Joint Motion, is hereby approved as a fair and reasonable compromise of a bona fide dispute; and

2. All proceedings in this action are stayed pending further Order of this Court.

**SO ORDERED**.

Date: 10/19/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered c